# Court of Appeals
# of the State of Georgia

ATLANTA,    March 04, 2014

*The Court of Appeals hereby passes the following order:*

**A13A1693.  HARRIS v. SR HOME IMPROVEMENT, INC.**

We granted the captioned interlocutory appeal to Harris to consider the trial court's order filed on January 4, 2013, granting the SR Home Improvement, Inc.'s motion to exclude expert opinion testimony.  Having considered the entire record on appeal, we dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*